UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE NEFTALI CRUZ-VALDEZ,<br><br>             Defendant-Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>             Respondent. | CASE NO. 11-CV-2011 W<br>           11-CR-1559 W<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS [DOC. 23]** |

       Pending before the Court is Petitioner Jose Neftali Cruz-Valdez's Motion for Time Reduction by an Inmate in Federal Custody Under 28 U.S.C. § 2255 (the "Petition" [Doc. 23]). Petitioner is proceeding pro se. Respondent United States of America ("Respondent") opposes. Petitioner did not file a response.

       The Court has reviewed the Petition and Respondent's Opposition, as well as the relevant docket records. The record establishes that on May 27, 2011, Petitioner entered into a fast-track Plea Agreement, and waived both his right to appeal and collaterally attack his conviction and sentence. (*Plea Agreement* [Doc. 14] ¶ 11.) The Petition does not raise any challenge to the validity of that waiver. Additionally, having reviewed the Plea Agreement, the Court finds that Petitioner knowingly and voluntarily

1 waived his right to appeal and collaterally attack his sentence.  This Court, therefore,
2 lacks jurisdiction to consider any collateral challenge to his conviction and sentence.
3 See Washington v. Lampert, 422 F.3d 864 F.3d 864, 869–70 (9th Cir. 2005)
4 (recognizing that if sentencing stipulation's waiver of the right to file a federal habeas
5 petition was valid, district court lacked jurisdiction to hear the case).
6      Accordingly, the Court **DENIES** the Petition [Doc. 23].
7      IT IS SO ORDERED.
8
9 DATED: April 11, 2013
10
11                               Hon. Thomas J. Whelan
                              United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28